UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENERAL MOTORS LLC IGNITION
SWITCH LITIGATION                                             MDL No. 2543

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –3)

On June 9, 2014, the Panel transferred 15 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jesse M. Furman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Furman.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2014, and, with the consent of that court, assigned to the Honorable Jesse M. Furman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 26, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk

IN RE: GENERAL MOTORS LLC IGNITION
SWITCH LITIGATION                                                              MDL No. 2543

## SCHEDULE CTO-3 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **GEORGIA NORTHERN** | | | |
| ~~GAN~~ | ~~1~~ | ~~14–01815~~ | ~~Melton et al v. General Motors LLC et al~~  Opposed 6/18/14 |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 14–01320 | Childre v. General Motors, LLC et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 3 | 14–00120 | Smith v. General Motors, LLC et al |
| **NEW YORK EASTERN** | | | |
| NYE | 2 | 14–03670 | Ross v. General Motors LLC et al |
| **OHIO SOUTHERN** | | | |
| OHS | 1 | 14–00474 | Stafford–Chapman v. General Motors, LLC et al |
| **PENNSYLVANIA EASTERN** | | | |
| ~~PAE~~ | ~~2~~ | ~~14–03633~~ | ~~BUZARD et al v. GENERAL MOTORS LLC et al~~  Opposed 6/23/14 |
| **PENNSYLVANIA WESTERN** | | | |
| PAW | 3 | 14–00116 | YINGLING v. GENERAL MOTORS, L.L.C. |
| **TENNESSEE MIDDLE** | | | |
| TNM | 1 | 14–00070 | Sumners et al v. General Motors, LLC et al |
| **TEXAS EASTERN** | | | |
| ~~TXE~~ | ~~6~~ | ~~14–00538~~ | ~~Anderson v. General Motors~~  Opposed 6/23/14 |